UNION COMMERCIAL CORPORATION, demandante y apelante, *v.* ARTURO ORTIZ TORO Y ELEUTERIO SANTIAGO, demandados y apelados.

No. 3340.—*Visto:* Diciembre 9, 1924. *Resuelto:* Abril 29, 1925.

1. JUICIO—DESESTIMACIÓN DEL CASO Y "*Non Suit*"—"*Non Suit*"—INSUFICIENCIA DE LA PRUEBA.—Cuando las admisiones y la evidencia prueban suficientemente *prima facie* todos los hechos de la demanda, comete error la corte

que la declara sin lugar por los méritos de la prueba del demandante, aunque ésta descanse en prueba secundaria del contenido de unos autos que se admitió y probó se habían perdido.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), declarando con lugar moción de *non suit* y desestimando la demanda, con costas. *Revocada y devuelto el caso.*

*Angel Fiol Negrón, Heriberto Torres Solá* y *Rodolfo Ramírez Pabón,* abogados de la apelante; *Martínez Nadal, Tormes & Colón,* abogados de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La Union Commercial Corporation alega en su demanda en este pleito que siguió otro pleito en la Corte Municipal de Ponce en cobro de pesos contra Mr. Frank O'Sheaf en el que le embargó un automóvil: que para levantar ese embargo los ahora demandados suscribieron una fianza a favor de la demandante por $600 para responder de las resultas de aquel pleito: que el demandado O'Sheaf fue condenado a pagar a la demandante la cantidad de $309.97, sentencia cuya apelación fué desistida después: que posteriormente fué aprobado un memorándum de costas en cantidad de $111.40: que los autos de ese pleito se han extraviado en la corte municipal conjuntamente con la fianza original suscrita por los que son demandados en esta acción: que esa sentencia no pudo ejecutarse por no encontrarse bienes del demandado O'Sheaf y que su importe y las costas no han sido pagadas por el deudor primitivo ni por los fiadores demandados, por todo lo que solicitó que éstos fuesen condenados a pagarle los $421.37 que suman ambas partidas.

Los demandados en su contestación negaron bajo juramento todas esas alegaciones pero al celebrarse el juicio de nuevo en apelación en la Corte de Distrito de Ponce admitieron la existencia de la demanda de The Union Commercial Corporation contra Mr. Frank O'Sheaf: que se había trabado embargo contra un automóvil de su propiedad: que se dictó sentencia contra él por $309.97, que fué apelada y desistida la apelación y que ese récord se ha extra-

viado conjuntamente con la fianza original suscrita por los demandados en esta acción.

Cuando la demandante terminó de presentar su prueba los demandados alegaron que no era suficiente para dictar sentencia a favor de la demandante (*nonsuit*), y entendiéndolo así la corte de distrito declaró sin lugar la demanda y se interpuso esta apelación por la demandante quien solicita su revocación.

Después de las admisiones hechas por los demandados poco le quedaba a su contrario por probar. Examinemos su evidencia.

A pesar de que los demandados habían admitido que el pleito contra O'Sheaf se ha extraviado conjuntamente con la fianza original prestada por los demandados en esta acción, según se dijo antes, ese hecho fué declarado por los testigos Rafael Pérez Mercado, abogado que fué de la demandante en el primer pleito, por Juan García Léctora, Secretario de la Corte Municipal de Ponce, y por Pablo Torres, Márshal de dicha corte: los señores Torres y Pérez Mercado declararon también que los demandados suscribieron la fianza y que fué unida a los autos que luego se perdieron: el segundo de esos testigos declaró que los demandados suscribieron la fianza solidariamente por $600 para responder a la demandante del importe de la sentencia a fin de que fuera levantado el embargo del automóvil: el márshal testificó que se le entregó orden para ejecutar la sentencia por $309.97 de principal más $111.40 por las costas, copia de la cual fué admitida con el consentimiento de los demandados, y que no pudo cumplir esa orden por no haber encontrado bienes de O'Sheaf, que se había ausentado de esta isla: y también declaró el Sr. Pérez Mercado que la sentencia contra O'Sheaf no ha sido pagada por éste, por sus fiadores, ni por persona alguna en todo ni en parte.

Se da el caso raro en este asunto de que también se han extraviado en la Corte Municipal de Ponce los autos de este segundo pleito.

[1] Las admisiones de los demandados y la evidencia presentada por la demandante prueban suficientemente *prima facie* todos los hechos de la demanda, por lo que la corte inferior cometió error al declarar sin lugar la demanda por los méritos de la prueba de la demandante; sin que sea obstáculo para esta conclusión que se presentara prueba secundaria sobre el contenido del pleito contra O'Sheaf y de la fianza que en ellos prestaron los demandados, pues éstos admitieron, y además se probó, que esos autos se han perdido.

*La sentencia apelada debe ser revocada debiendo devolverse el caso para ulteriores procedimientos no incompatibles con la opinión.*